671 A.2d 1034

IN THE MATTER OF VICKIE A. DONALDSON,
AN ATTORNEY AT LAW.

February 21, 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(3) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of VICKIE A. DONALDSON of NEWARK, who was admitted to the bar of this State in 1983, and good cause appearing;

It is ORDERED that VICKIE A. DONALDSON is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by VICKIE A. DONALDSON pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that VICKIE A. DONALDSON be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys.